# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL MINEV, ET AL.,<br><br>　　　　Defendant(s). | 2:21-cv-01250-JAD-VCF<br><br>**ORDER** |

　　　　Before me is the motion for extension of time to respond to defendants' opposition to the preliminary injunction (ECF No. 13).

　　　　No opposition has been filed and the time to file an opposition has passed. Pursuant to LR IA 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it seems as though defendants have consented to the granting of the instant motion.

　　　　Accordingly, and good cause appearing,

　　　　I ORDER that the motion for extension of time to respond to defendants' opposition to the preliminary injunction (ECF No. 13) is GRANTED. Plaintiff has up to and including December 27, 2021 to file a reply in support of Plaintiff's emergency preliminary injunction for 90 days against renown hospital and the NDOC/HDSP medical dept. (ECF No. 2) and Plaintiff's emergency motion for defendants to change Plaintiff's HIV medications regimen norvir/invirase to descovy (ECF No. 5).

　　　　DATED this 1st day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE