**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LANCE REBERGER,

        Plaintiff(s),

v.

MICHAEL MINEV, ET AL.,

        Defendant(s).

2:21-cv-01250-JAD-VCF

**ORDER**

Before me is the motion to obtain copy of under seal submission of plaintiff's medical records from 2019 through 2021 (ECF No. 12).

Accordingly,

I ORDER that a response to the motion to obtain copy of under seal submission of plaintiff's medical records from 2019 through 2021 (ECF No. 12) must be filed on or before December 8, 2021. Any reply in support of the motion to obtain copy of under seal submission of plaintiff's medical records from 2019 through 2021 (ECF No. 12) must be filed on or before December 17, 2021.

DATED this 1st day of December, 2021.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE