# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LANCE REBERGER,

        Plaintiff(s),

v.

MICHAEL MINEV, et al.,

        Defendant(s).

2:21-cv-01250-JAD-VCF

**ORDER**

Before me is the motion to obtain copy of under seal submission of Plaintiff's medical records from 2019 through 2021 only. (ECF No. 12).

Plaintiff must have a meaningful opportunity to review documents that defendants have filed under seal with the court. (ECF No. 10).

Accordingly, I ORDER that the motion to obtain copy of under seal submission of Plaintiff's medical records from 2019 through 2021 only (ECF No. 12) is GRANTED in part.

I FURTHER ORDER that defense counsel must arrange for plaintiff to review these records and take notes, consistent with Nevada Department of Corrections Administrative Regulations. The document review must be completed by January 21, 2022. The burden is on defense counsel to make the appropriate arrangements and ensure that plaintiff has a reasonable opportunity to review these documents. In light of this order, plaintiff is not required to submit a "kite" as a condition precedent to document review.

I FURTHER ORDER that on or before January 28, 2022, defense counsel must file a written report to the court of its compliance with this order.

DATED this 21st day of December 2021.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE