# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LANCE REBERGER, | |
| Plaintiff(s), | 2:21-cv-01250-JAD-VCF |
| v. | **ORDER** |
| MICHAEL MINEV, ET AL., | |
| Defendant(s). | |

Before the court is the emergency motion for defendants to provide HIV medication descovy (ECF No. 34).

This matter has been referred to the pro bono program for appointment of counsel for representation at the March 3, 2022 hearing. The court is trying to locate pro bono counsel; however, the hearing on March 3, 2022, will go forward if no pro bono counsel has been found.

Accordingly,

IT IS HEREBY ORDERED that the emergency motion for defendants to provide HIV medication descovy (ECF No. 34) is added to the video conference hearing scheduled for 10:00 AM, March 3, 2022.

DATED this 7th day of February, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE