# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

LANCE REBERGER,

        Plaintiff(s),

v.

MICHAEL MINEV, et al.,

        Defendant(s).

2:21-cv-01250-CDS-VCF

**ORDER**

Before the Court is the motion to stay, modify, or extend the dispositive motion deadline (ECF NO. 111).  Defendants' request a stay of the deadline pending adjudication of Defendants' motion for summary judgment (ECF No. 88), and, if any claims survive the motion for summary judgment, a thirty-day extension of the deadline to file a motion for summary judgement addressing any surviving claims.

No opposition has been filed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  Here, it seems as though plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the motion to stay, modify, or extend the dispositive motion deadline (ECF NO. 111) is GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline is STAYED pending resolution of Defendants' motion for summary judgment (ECF No. 88), if any claims survive then the deadline to file disposition motions is 30 days after the decision of the motion for summary judgment.

DATED this 23rd day of November 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1